1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7

8 | UNITED STATES OF AMERICA,

9 |             Plaintiff,

10 |     v.                                     2:10-CR-389-GMN (VCF)

11 | MARTIN SATERSTAD,

12 | _____Defendant._____

13

## FINAL ORDER OF FORFEITURE

14       On January 18, 2012, the United States District Court for the District of Nevada entered a

15 Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States

16 Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States

17 Code, Section 853(a)(1) and (a)(2), based upon the plea of guilty by defendant MARTIN

18 SATERSTAD to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and

19 shown by the United States to have the requisite nexus to the offenses to which defendant MARTIN

20 SATERSTAD pled guilty. Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No.

21 37; Plea Memorandum, ECF No. 39; Preliminary Order of Forfeiture, ECF No. 40.

22       This Court finds the United States of America published the notice of the forfeiture in

23 accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

24 consecutively from January 21, 2012, through February 19, 2012, notifying all third parties of their

25 right to petition the Court. Notice of Filing Proof of Publication, ECF No. 41.

26    . . .

1    This Court finds no petitions were filed herein by or on behalf of any person or entity and the

2  time for filing such petitions and claims has expired.

3    This Court finds no petitions are pending with regard to the assets named herein and the time

4  for presenting such petitions has expired.

5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

9  2461(c); Title 21, United States Code, Section 853(a)(1), (a)(2), and (n)(7) and shall be disposed of

10  according to law:

11    a)    a Winchester Defender shotgun, serial # L2765087;

12    b)    a Bryco Arms Jennings 9mm pistol, serial # 1396775; and

13    c)    any and all ammunition.

14    The Clerk is hereby directed to send copies of this Order to all counsel of record and three

15  certified copies to the United States Attorney's Office.

16    DATED this _____ day of _____, 2012.

17

18

19    _____
       UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

2